IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACQUELIN GROSSER-SAMUELS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:06-CV-159-A |
| | § | |
| JACQUELIN DESIGNS | § | |
| ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

## O R D E R

Consistent with the court's rulings at the hearing in the above-captioned action on March 21, 2006,

The court ORDERS that the emergency motion to stay proceedings of defendant/counter-plaintiff, Jacquelin Designs Enterprises, Inc., and third-party plaintiff, DuNouveau Designs, Inc., be, and is hereby, denied.

SIGNED March 23, 2006.

JOHN McBRYDE
United States District Judge